# United States District Court

FILED
Nov 26  2 15 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

DISTRICT OF Connecticut

Regina Lane, Plaintiff

v.

Compass Group USA, Defendant

**APPEARANCE**

CASE NUMBER: 3:02cv579(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the plaintiff, Regina Lane

November 24, 2003
Date

*Signature* Mark S. Carron
Carron & Fink
Print Name

1698A Post Road East
Address

Westport CT 06880-5652
City           State           Zip Code

203-259-7234/fax 203-259-7509
Phone Number

Fed. Bar No. ct03077

## CERTIFICATION

I hereby certify that the original of the foregoing was mailed first class postage prepaid this 24th day of November 2003 to all counsel of record as follows:

Nicole J. Anker
David Casey
Bingham McCutchen
1 State Street
Hartford CT 06103-3178

Daniel Jackson
Bingham McCutchen
150 Federal Street
Boston MA 02110

Mark S. Carron