UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA INC.,<br>    Defendant. | CIVIL ACTION NO.<br>302CV579(EBB)<br><br><br><br>December 11, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc.

THE DEFENDANTS
COMPASS GROUP USA INC.


By ___*Kimberly M. White*___
Kimberly M. White [ct24375]
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2818 – fax
Their Attorney

CTDOCS:1570670.1

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance has been forwarded this 11th day of December, 2003 via first-class mail, postage prepaid, to the following counsel of record:

>Andrew Fink, Esq.
>Margaret Slez, Esq.
>Mark Carron, Esq.
>Carron & Fink
>1698 Post Road East
>Westport, CT 06880

*Kimberly M. White*
Kimberly M. White

CTDOCS:1570670.1

2