UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff | : CIVIL ACTION NO.<br>: 302CV579(EEB) |
| v. | : |
| COMPASS GROUP USA INC,<br>    Defendants. | :<br>: December 11, 2003 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendant, Compass Group USA INC. ("Compass"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. The defendant will continue to be represented in this action by David Casey, Esq. of Bingham McCutchen LLP who previously entered his appearance in this action and Kimberly White, Esq. of Bingham McCutchen LLP who is admitted to this Court and has attached her appearance hereto for filing.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

Nicole J. Anker (CT20110)
BINGHAM McCutchen LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818

CTDOCS:1570106.1