**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **REGINA LINK LANE** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO.** |
| | : | **302CV579(EEB)** |
| | : | |
| **COMPASS GROUP USA, INC** | : | |
| **Defendant** | : | **May 21, 2004** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Compass Group USA,

Inc.

                    **DEFENDANT,**
                    **COMPASS GROUP USA, INC.**


                    By    /s/ Rebecca L. Bouchard
                        Rebecca L. Bouchard [ct25481]
                        **BINGHAM McCUTCHEN LLP**
                        One State Street
                        Hartford, CT 06103-3178
                        (860) 240-2700
                        (860) 240-2818 (fax)
                        rebecca.bouchard@bingham.com
                        Its Attorney

CTDOCS:1588768.1

**CERTIFICATION OF SERVICE**

I hereby certify that on May 21, 2004, a copy of the foregoing Appearance was mailed by

first class mail, postage prepaid, to the following counsel of record:

Counsel for the Plaintiff:

Andrew F. Fink
Margaret Slez, Esq.
Mark Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

                                                 __/s/ Rebecca L. Bouchard
                                                 Rebecca Bouchard