UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **REGINA LINK LANE,** | : | **CIVIL ACTION NO.** |
| Plaintiff | : | 302CV579(EEB) |
| | : | |
| **v.** | : | |
| | : | |
| **COMPASS GROUP USA INC,** | : | |
| Defendants. | : | **May 21, 2004** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendant, Compass Group USA INC. ("Compass"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. The defendant will continue to be represented in this action by David Casey, Esq., who previously entered his appearance in this action and Rebecca Bouchard, Esq. of Bingham McCutchen LLP who is admitted to this Court and has attached her appearance hereto for filing.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

> **DEFENDANT,**
> **COMPASS GROUP USA, INC.**
>
>   /s/ Kimberly M. White
> Kimberly M. White (CT24375)
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT  06103-3178
> Tel.:  (860) 240-2700
> Fax:  (860) 240-2818
> kimberly.white@bingham.com

CTDOCS:1588761.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been served this 21st day of May 2004, via first-class mail, postage prepaid, upon the following counsel of record:

Andrew Fink, Esq.
Margaret Slez, Esq.
Mark Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

                  /s/ Kimberly M. White
                Kimberly M. White