UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 16  1 26 PM '04

| | | |
|---|---|---|
| REGINA LINK LANE, | : | CIVIL ACTION NO. |
| Plaintiff | : | 302CV579(EEB) |
| | : | |
| v. | : | |
| | : | |
| COMPASS GROUP USA INC, | : | |
| Defendants. | : | July 14, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance on behalf of Defendant, Compass Group USA INC. ("Compass"). There is good cause for the Court to grant this Motion because the undersigned has moved into an administrative position and no longer practices law with Bingham McCutchen LLP. The defendant will continue to be represented in this action by David Casey, Esq., who previously entered his appearance in this action and Rebecca Bouchard, Esq. of Bingham McCutchen LLP who is admitted to this Court and has attached her appearance hereto for filing.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

FILED
2004 OCT 25 A 10:11
U.S. DISTRICT COURT
NEW HAVEN, CT

DEFENDANT,
COMPASS GROUP USA, INC.

Daniel J. Jackson (pro hac vice)
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8645
Daniel.Jackson@Bingham.com

CTDOCS:1588761.1
CTDOCS/1596206.1