```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

REGINA LINK LANE,              :
        Plaintiff     :
                       :
                       :
   v.                          :      3:02-CV-579 (EBB)
                       :
                       :
COMPASS GROUP USA, INC.,       :
        Defendant     :

## **AMENDED ORDER**

On or before March 8, 2005, the parties hereto each shall submit a memorandum of law on the following issues:

A) Whether the COBRA Continuation of Election Form (the "Notice"), dated August 5, 2000, retroactive to May 22, 2000, was timely Notice from Defendant to Plaintiff herein, pursuant to ERISA, 29 U.S.C. Sections 1163(2) and 1166(a)(2) and (a)(4)(A).

B) The applicability, if any, of ERISA, Civil Enforcement, 29 U.S.C. Section 1132(c)(1), to the present case.

C) The applicability, if any, of ERISA, Civil Enforcement, 29 U.S.C. Section 1132(g)(1), as analyzed in this Circuit pursuant to the standard articulated in <u>Chambless v. Masters, Mates & Pilots Pension Plan</u>, 815 F.2d 869, 871 (2d Cir. 1987), and its progeny, to the present case.

The Court is fully familiar with the facts of this case as presented in all papers supporting and opposing Defendant's Motion for Summary Judgment [Doc. No. 26]. Accordingly, only

those facts which amplify such already-filed facts need be submitted.  The memoranda shall not exceed fifteen pages in length, without prior permission of this Court, for good cause shown.  Reply memoranda, at the parties' discretion, shall be filed on or before March 22, 2005.

                                SO ORDERED

                                _____

                                ELLEN BREE BURNS

                                SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of February, 2005.