UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*******************************
 Regina Link Lane                *   CIVIL ACTION NO.
            PLAINTIFF            *   3:02-cv-00579 (EBB)
 VS.                             *
 Compass Group USA, Inc.         *   February 22, 2005
            DEFENDANT            *
*******************************
```

**<u>APPEARANCE</u>**

Please enter the appearance of the undersigned on behalf of the Defendant in the above captioned matter.

Dated at New Haven, Connecticut, this 22nd day of February, 2005.

        THE DEFENDANT

        BY_____
          Jesse A. Langer
          Federal Bar #ct25440
          SUSMAN, DUFFY & SEGALOFF, P.C.
          55 Whitney Avenue
          New Haven, CT 06510
          (203)624-9830

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Andrew F. Fink, Esq.
Margaret J. Alez, Esq.
and Mark S. Carron, Esq.
Carron & Fink
Peppermill Place Office Bldg.
1698-A Post Road East
Westport, CT 06880-9991

Daniel Jackson, Esq.
David Casey, Esq.
and Rebecca L. Bouchard, Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Kimberly M. White, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Nicole J. Anker, Esq.
Brown, Raysman, Millstein,
Fedler & Steiner-Htfd
CityPlace II
185 Asylum Street, 10th Floor
Hartford, CT 06103

                                                                           _____
                                                                           Jesse A. Langer

`I:\Client C\Compass Group\Regina Lane\Appearance.wpd`

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505