**FILED**

2005 FEB 24  P 1: 53

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE | CIVIL ACTION NO. |
| V. | 302CV579(EBB) |
| COMPASS GROUP USA INC | FEBRUARY 18, 2005 |

### REQUEST FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW

Counsel for the Plaintiff hereby respectfully requests an extension of time to March 31, 2005 of Judge Burn's order dated February 15, 2005 requiring that Memorandum of law be submitted by both parties by March 8, 2005 as Counsel for the Plaintiff will be out of state until February 28, 2005 and then has a matter scheduled for trial on March 1, 2005.

The Plaintiff,

By: _____
Daniel H. Kryzanski
Carron & Fink
1698 A Post Road East
Westport, CT 06880
Phone: (203) 259-7234
Fed. Bar #: 15620

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, faxed or electronically delivered, February 18, 2005 to:

Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

_____
Daniel H. Kryzanski

2