UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **REGINA LINK LANE,** | : CIVIL ACTION NO. |
| Plaintiff | : 3:02-CV-579 (EBB) |
| v. | : |
| **COMPASS GROUP USA INC,** | : |
| Defendants. | : March 14, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendant, Compass Group USA INC. ("Compass"). The defendant will continue to be represented in this action by David Casey, Esq., who previously entered his appearance in this action and Jesse A. Langer of SUSMAN, DUFFY & SEGALOFF, P.C., who is admitted to this Court and has recently filed an appearance in this matter.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

DEFENDANT,
COMPASS GROUP USA, INC.

_____
Rebecca L. Bouchard (ct 25481)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818
rebecca.bouchard@bingham.com

CTDOCS/1621753.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been served this 14th day of March 2005, via first-class mail, postage prepaid, upon the following counsel of record:

Andrew Fink, Esq.
Margaret Slez, Esq.
Mark Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

David Casey, Esq.
Littler Mendelson, P.C.
One International Place
Boston, Ma 02110

Jesse Aaron Langer, Esq.
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507

_____
Rebecca L. Bouchard