UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

**************************************

| | | |
|---|---|---|
| Regina Link Lane | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:02-cv-00579 (EBB) |
| VS. | * | |
| Compass Group USA, Inc. | * | March 31, 2005 |
| DEFENDANT | * | |

**************************************

## NOTICE OF MANUAL FILING OF EXHIBITS TO DEFENDANT'S SUPPLEMENTAL RULE 56 MEMORANDUM

Please take notice that the Defendant has manually filed the following documents:

1.  Affidavit of David C. Casey In Support Of Defendant's Supplemental Rule 56 Memorandum;

2.  Declaration of Robert Smith In Support Of Defendant's Supplemental Rule 56 Memorandum; and

3.  Appendix to Defendant's Supplemental Rule 56 Memorandum.

The documents have not been filed electronically because the office scanning device is currently not working.

THE DEFENDANT

BY_____
Jesse A. Langer
Federal Bar #ct25440
SUSMAN, DUFFY & SEGALOFF, P.C.
55 Whitney Avenue
New Haven, CT 06510
(203)624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the

following:

Andrew F. Fink, Esq.
Margaret J. Alez, Esq.
and Mark S. Carron, Esq.
Carron & Fink
Peppermill Place Office Bldg.
1698-A Post Road East
Westport, CT 06880-9991

Daniel Jackson, Esq.
David Casey, Esq.
and Rebecca L. Bouchard, Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Kimberly M. White, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Nicole J. Anker, Esq.
Brown, Raysman, Millstein,
Fedler & Steiner-Htfd
CityPlace II
185 Asylum Street, 10th Floor
Hartford, CT 06103


_____
Jesse A. Langer

I:\Client C\Compass Group\Lane\Notice of Manual Filing.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505