12/27/2000  16:27  203-255-7478  MICHAEL BRENNAN MD  PAGE  02

# *Accent* Insurance Recovery Solutions

A Division of Omnium Worldwide, Inc.

December 20, 2000

MICHAEL J BRENNAN MD LLC
1300 POST RD # 203
FAIRFIELD, CT 06430-6430

7171 Mercy Road, Ste 250
PO Box 69004
Omaha, NE  68106-5004
1-800-747-PAID
NEBRASKA 402-397-9920
FAX 402-397-9938

**Account Number: 13 6578 7815474**

RE: REQUEST FOR REFUND OF OVERPAYMENT (TIN: 906166948006)

CIGNA HEALTHCARE would like to extend its appreciation to providers and to thank its participants for their business.

Recently, CIGNA HEALTHCARE conducted a claims audit and identified the following overpayments. We respectfully request your remittance in full. The check should be made payable to Accent Insurance Recovery Solutions and forwarded to PO Box 69004, Omaha, NE 68106-5004. If possible, include a copy of this letter to facilitate processing. Please contact Accent Insurance Recovery Solutions at (402) 397-9920 if you have any questions or concerns regarding this request.

| | | | |
|---|---|---|---|
| CTRL#: | 2575004422 | REF #: | |
| PARTICIPANT: | REGINA LANE | PARTICIPANT NUMBER: | 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 |
| PATIENT: | REGINA LANE | PAYMENT DATE: | 6/28/2000 |
| DOS: | 5/23/2000 Thru 5/30/2000 | PATIENT NUMBER: | LANRE0009 |
| REASON: | benefits were terminated prior to the date of service. | | |

| TOTAL CHARGES | TOTAL PAID | PAYMENT ERROR |
|---|---|---|
| $980.00 | $505.07 | $505.07 |

We appreciate your cooperation and apologize for any inconvenience this may have caused.

Sincerely,

*Eric Brantner*

ERIC BRANTNER
Recovery Specialist
Accent Insurance Recovery Solutions

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the claim or any portion thereof, this office will assume this claim is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the claim and mail it to you.

By this communication Accent Insurance Recovery Solutions is attempting to recover a claim from you, and any information obtained will be used for that purpose.

xxxxxx:

RL 0001

*Accent* Insurance Recovery Solutions

A Division of Omnium Worldwide, Inc.

7171 Mercy Road, Ste 250
PO Box 69004
Omaha, NE  68106-5004
1-800-747-PAID
NEBRASKA 402-397-9920
FAX 402-397-9938

**Account Number: 13 5579 7815406**

December 20, 2000

CONNECTICUT VASCULAR AND THOR
52 BEACH RD # 207
FAIRFIELD, CT 06430-6430

RE: REQUEST FOR REFUND OF OVERPAYMENT (TIN: 8061550056008)

CIGNA HEALTHCARE would like to extend its appreciation to providers and to thank its participants for their business.

Recently, CIGNA HEALTHCARE conducted a claims audit and identified the following overpayments. We respectfully request your remittance in full. The check should be made payable to Accent Insurance Recovery Solutions and forwarded to PO Box 69004, Omaha, NE 68106-5004. If possible, include a copy of this letter to facilitate processing. Please contact Accent Insurance Recovery Solutions at (402) 397-9920 if you have any questions or concerns regarding this request.

| | | |
|---|---|---|
| CTRL#: | 2575308724 | REF #: |
| PARTICIPANT: | REGINA LANE | PARTICIPANT NUMBER: 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 |
| PATIENT: | REGINA LANE | PAYMENT DATE: 7/13/2000 |
| DOS: | 6/20/2000 | PATIENT NUMBER: 240110006 |
| REASON: | benefits were terminated prior to the date of service. | |

| TOTAL CHARGES | TOTAL PAID | PAYMENT ERROR |
|---|---|---|
| $136.00 | $56.96 | $56.96 |

We appreciate your cooperation and apologize for any inconvenience this may have caused.

Sincerely,

*Justin Shadel*

JUSTIN SHADEL
Recovery Specialist
Accent Insurance Recovery Solutions

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the claim or any portion thereof, this office will assume this claim is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the claim and mail it to you.

By this communication Accent Insurance Recovery Solutions is attempting to recover a claim from you, and any information obtained will be used for that purpose.

00C0001

RL 0002

12/27/2000  16:27    203-255-7478    MICHAEL BRENNAN MD    PAGE  03

*Accent* Insurance Recovery Solutions

7171 Mercy Road, Ste 250
PO Box 69004
Omaha, NE  68106-5004
1-800-747-PAID
NEBRASKA 402-397-9920
FAX 402-397-9938

A Division of Omnium Worldwide, Inc.
December 20, 2000

MICHAEL J BRENNAN MD  LLC
1300 POST RD # 203
FAIRFIELD, CT  06430-6430

Account Number: 13 5578 7815476

RE: REQUEST FOR REFUND OF OVERPAYMENT (TIN: 906156948005)

CIGNA HEALTHCARE would like to extend its appreciation to providers and to thank its participants for their business.

Recently, CIGNA HEALTHCARE conducted a claims audit and identified the following overpayments. We respectfully request your remittance in full. The check should be made payable to Accent Insurance Recovery Solutions and forwarded to PO Box 69004, Omaha, NE 68106-5004. If possible, include a copy of this letter to facilitate processing. Please contact Accent Insurance Recovery Solutions at (402) 397-9920 if you have any questions or concerns regarding this request.

CTRL#:          2576606192              REF #:
PARTICIPANT:    REGINA LANE             PARTICIPANT NUMBER:   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
PATIENT:        REGINA LANE             PAYMENT DATE:         7/7/2000
DOS:            6/26/2000 Thru 9/5/2000 PATIENT NUMBER:       LANRE0002
REASON:         benefits were terminated prior to the date of service.

| TOTAL CHARGES | TOTAL PAID | PAYMENT ERROR |
|---|---|---|
| $206.00 | $168.99 | $168.99 |

We appreciate your cooperation and apologize for any inconvenience this may have caused.

Sincerely,

*Eric Brantner*

ERIC BRANTNER
Recovery Specialist
Accent Insurance Recovery Solutions

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the claim or any portion thereof, this office will assume this claim is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the claim and mail it to you.

By this communication Accent Insurance Recovery Solutions is attempting to recover a claim from you, and any information obtained will be used for that purpose.

0000001

RL 0003

12/27/2000  16:27   203-255-7478          MICHAEL BRENNAN MD                    PAGE  01

# *Accent* Insurance Recovery Solutions

A Division of Omnium Worldwide, Inc.

7171 Mercy Road, Ste 260
PO Box 69004
Omaha, NE  68106-5004
1-800-747-PAID
NEBRASKA 402-397-9920
FAX 402-397-9938

December 20, 2000

**Account Number: 13 5578 7815475**

MICHAEL J BRENNAN MD
1300 POST RD # 203
FAIRFIELD, CT  06430-6430

RE: REQUEST FOR REFUND OF OVERPAYMENT (TIN: 906156948005).

CIGNA HEALTHCARE would like to extend its appreciation to providers and to thank its participants for their business.

Recently, CIGNA HEALTHCARE conducted a claims audit and identified the following overpayments.  We respectfully request your remittance in full.  The check should be made payable to Accent Insurance Recovery Solutions and forwarded to PO Box 69004, Omaha, NE 68106-5004.  If possible, include a copy of this letter to facilitate processing.  Please contact Accent Insurance Recovery Solutions at (402) 397-9920 if you have any questions or concerns regarding this request.

CTRL#:        2570791405              REF #:
PARTICIPANT:  REGINA LANE            PARTICIPANT NUMBER:  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
PATIENT:      REGINA LANE            PAYMENT DATE:        9/25/2000
DOS:          9/19/2000              PATIENT NUMBER:      LANRE000
REASON:       benefits were terminated prior to the date of service.

| TOTAL CHARGES | TOTAL PAID | PAYMENT ERROR |
| --- | --- | --- |
| $1,245 00 | $416.28 | $416.28 |

We appreciate your cooperation and apologize for any inconvenience this may have caused.

Sincerely,

*Eric Brantner*

ERIC BRANTNER
Recovery Specialist
Accent Insurance Recovery Solutions

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the claim or any portion thereof, this office will assume this claim is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the claim and mail it to you.

By this communication Accent Insurance Recovery Solutions is attempting to recover a claim from you, and any information obtained will be used for that purpose.

cococci

RL 0004

NEBRASKA 402-397-9920
FAX 402-397-6938

**AIRM** Insurance
Recovery
Solutions

A Division of Omnium Worldwide, Inc.

**Account Number: 13 5578 7815519**

December 20, 2000

ST. VINCENT S MEDICAL CENT
2800 MAIN ST
BRIDGEPORT, CT 06606

RE: REQUEST FOR REFUND OF OVERPAYMENT (TIN: 006064588080)

CIGNA HEALTHCARE would like to extend its appreciation to providers and to thank its participants for their business.

Recently, CIGNA HEALTHCARE conducted a claims audit and identified the following overpayments. We respectfully request your remittance in full. The check should be made payable to Accent Insurance Recovery Solutions and forwarded to PO Box 69004, Omaha, NE 68106-5004. If possible, include a copy of this letter to facilitate processing. Please contact Accent Insurance Recovery Solutions at (402) 397-9920 if you have any questions or concerns regarding this request.

| | | | |
|---|---|---|---|
| CTRL#: | 2577520638 | REF #: | |
| PARTICIPANT: | REGINA LANE | PARTICIPANT NUMBER: | 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 |
| PATIENT: | REGINA LANE | PAYMENT DATE: | 10/31/2000 |
| DOS: | 10/2/2000 | PATIENT NUMBER: | 8171 6906 |
| REASON: | benefits were terminated prior to the date of service. | | |

| TOTAL CHARGES | TOTAL PAID | PAYMENT ERROR |
|---|---|---|
| $1,550.00 | $1,550.00 | $1,550.00 |

We appreciate your cooperation and apologize for any inconvenience this may have caused.

Sincerely,

*Eric Brantner*

ERIC BRANTNER
Recovery Specialist
Accent Insurance Recovery Solutions

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the claim or any portion thereof, this office will assume this claim is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the claim and mail it to you.

By this communication Accent Insurance Recovery Solutions is attempting to recover a claim from you, and any information obtained will be used for that purpose.

xxxxxxxr

TOTAL P.02

RL 0005