UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

REGINA LINK LANE     :

    v.              :    CASE NO.3:02CV579(EBB)

COMPASS GROUP USA, INC.   :

2006 APR -4 P 2: 37

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc.# _____

_____

_X_ A settlement conference

___ A conference to discuss the following:

_____

___ Other: _____

SO ORDERED this 4th day of April, 2006 at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE