UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

*****************************
Regina Link Lane                         *      CIVIL ACTION NO.
             PLAINTIFF      *      3:02-cv-00579 (EBB)
VS.                                      *
Compass Group USA, Inc.                  *      April 17, 2006
             DEFENDANT      *
*****************************

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant in the above captioned matter.

Dated at New Haven, Connecticut, this 17th day of April, 2006.

THE DEFENDANT

BY_____
Thomas E. Katon
Federal Bar #ct01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 Whitney Avenue
New Haven, CT 06510
Tel.: (203)624-9830
Fax: (203)562-8430
Email: tkaton@susmanduffy.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Andrew F. Fink, Esq.
Margaret J. Alez, Esq.
Mark S. Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

_____
Thomas E. Katon

I:\Client C\Compass Group\Lane\Appearance TEK.wpd

2