UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br>    Defendant. | Civil Action No. 302CV579 (EBB)<br><br><br>APRIL 17, 2006 |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.1(d)(1), the Defendant, Compass Group USA, Inc., through counsel, hereby requests this Court to admit Christopher B. Kaczmarek *pro hac vice* in connection with the above-referenced matter. In support thereof, the Defendant states the following:

1. Mr. Kaczmarek is an attorney affiliated with the law firm Littler Mendelson, P.C., with offices at One International Place, Suite 2700, Boston, Massachusetts 02110, telephone number (617) 378-6000, fax number (617) 737-0052, and email address ckaczmarek@littler.com.

2. Mr. Kaczmarek is admitted to the Bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States District Court for the District of New Hampshire;

3.  Mr. Kaczmarek is not subject to any pending grievances and does not have a prior history of disciplinary action;

4.  Mr. Kaczmarek has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut;

5.  The appearance of Mr. Kaczmarek in these proceedings is vital to the proper resolution of this matter because:

>   (a)  Mr. Kaczmarek has acquired specialized skill and knowledge concerning the affairs of the Defendant important to the presentation of this matter by virtue of an attorney-client relationship; and
>
>   (b)  the appearance of Mr. Kaczmarek will be for the benefit of the client;

6.  The undersigned is a member in good standing of the Connecticut Bar and will be present during all proceedings, will sign all pleadings and other papers filed therein, and the undersigned agrees to take full responsibility for the conduct of Mr. Kaczmarek and the representation of Defendant in this matter.

In further support hereof, the undersigned submits the attached Affidavit of Christopher B. Kaczmarek in support of this Motion to Admit *Pro Hac Vice*.

WHEREOF, the Defendant respectfully requests that the Court admit Mr. Kaczmarek as a visiting lawyer in connection with this case.

-3-

                                          COMPASS GROUP USA, INC.

By _____
Thomas E. Katon (CT 01565)
Jesse A. Langer (CT 25440)
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue, P.O. Box 1684
New Haven, CT 06507
(203) 624-9830
(203) 562-8430 (fax)
tkaton@susmanduffy.com
jlanger@susmanduffy.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br>    Defendant. | Civil Action No. 302CV579 (EBB) |

**AFFIDAVIT OF CHRISTOPHER B. KACZMAREK
IN SUPPORT OF MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

I, Christopher B. Kaczmarek, being duly sworn, depose and say that:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am an associate in the law firm Littler Mendelson, P.C., with offices at One International Place, Suite 2700, Boston, Massachusetts 02110, telephone number (617) 378-6000, fax number (617) 737-0052. My e-mail address is ckaczmarek@littler.com.

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States District Court For The District of New Hampshire. I have been practicing law since January 2001.

4. There are no grievances pending against me.

5. I have never been reprimanded, suspended, placed on inactive status, disbarred, disciplined in any fashion, or denied admission to any Court. I have never been convicted of a crime.

6. I have never resigned from the practice of law.

7.    I have reviewed and understand the Rules of the United States District Court for the District of Connecticut.

8.    I have a working attorney-client relationship with Defendant, Compass Group USA, Inc. On that basis, I have acquired a specialized knowledge of Defendant's affairs and specific knowledge of this case that are important to, and will be of assistance in connection with, the resolution of this matter.

Dated at Boston, Massachusetts, on this 6th day of April 2006.

_____
Christopher B. Kaczmarek

Subscribed and sworn to before me on this 6th day of April 2006.

_____
Notary Public Tyra Lee Minniear
My Commission Expires:

80969769.1 047485.1005

TYRA LEE MINNIEAR
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 21, 2008

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail postage prepaid on the 17th day of April, 2006 to the following counsel of record:

Andrew Fink, Esq.
Margaret Slez, Esq.
Mark Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

_____
Thomas E. Katon

80969308.1 047485.1005