UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br>    Defendant. | )<br>)<br>)  Civil Action No. 302CV579 (WWE)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc.

Date:  April 24, 2006                    Connecticut Federal Bar Number:    phv01002

Telephone Number:   (617) 378-6017        Fax Number:  (617) 507-8046

Email address:          ckaczmarek@littler.com

Address:  Littler Mendelson, P.C., One International Place, Suite 2700, Boston, MA 02110

By: _____
    Christopher B. Kaczmarek

## CERTIFICATION

This is to certify that the foregoing Notice of Appearance was mailed this date, first class mail, postage prepaid, to the following:

Mark S. Carron, Esq.
Carron & Fink
1698-A Post Road East
Westport, CT 06880

_____
Christopher B. Kaczmarek

Firmwide:81012110.1 047485.1005