UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Regina Link Lane | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 3:02-cv-00579 (EBB) |
| VS. | \* | |
| Compass Group USA, Inc. | \* | May 18, 2006 |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant in the above captioned matter. The undersigned will be assuming the duties of sponsoring attorney previously performed by Jesse A. Langer, Esq., as Attorney Langer will be leaving the employ of Susman, Duffy & Segaloff, P.C., effective May 22, 2006

Dated at New Haven, Connecticut, this 18th day of May, 2006.

THE DEFENDANT
BY_____
Jennifer L. Schancupp
Federal Bar #ct11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 Whitney Avenue
New Haven, CT 06510
Tel.: (203)624-9830
Fax: (203)562-8430
Email: jschancupp@susmanduffy.com

David C. Casey
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000
(617) 737-0052 (fax)
dcasey@littler.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Andrew F. Fink, Esq.
Margaret J. Alez, Esq.
Mark S. Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

                                                                                        /s/ Jennifer L. Schancupp
                                                                                        Jennifer L. Schancupp

I:\Client C\Compass Group\Lane\Appearance JLS.wpd

2