UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Regina Link Lane | Civil Action No. 302CV579 (EEB) |
| v. | |
| Compass Group USA, Inc. | MAY 18, 2006 |

**MOTION TO WITHDRAW**

Pursuant to L. CIV. R. 7(e), the undersigned, counsel for the Defendants, hereby respectfully requests permission from the Court to withdraw his appearance for the following reason:

1. The undersigned will be leaving the employ of Susman, Duffy & Segaloff, P.C., effective May 22, 2006.

Respectfully submitted,

COMPASS GROUP USA, INC.

By_____
Jesse A. Langer (CT 25440)
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue, P.O. Box 1684
New Haven, CT 06507
(203) 624-9830
(203) 562-8430 (fax)
jlanger@susmanduffy.com

David C. Casey
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000
(617) 737-0052 (fax)
dcasey@littler.com

## ORDER

The foregoing motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT,

_____
Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Withdraw was sent via first class mail postage prepaid on the 18th day of May, 2006 to the following counsel of record:

Andrew Fink, Esq.
Margaret Slez, Esq.
Mark Carron, Esq.
Carron & Fink
1698 Post Road East
Westport, CT 06880

_____
Jesse A. Langer