IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
REGINA LINK LANE :
: 3:02 CV 579 (EBB)
V. :
:
COMPASS GROUP USA, INC. : DATE: MAY 25, 2006
:
-----------------------------------------------------------x

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:  May 25, 2006

Attorneys Present:   Daniel Kryzanski, Esq.
(For Plaintiff)

Christopher Kazzmarck, Esq.
Jennifer Schancupp, Esq.
(For Defendant)

DISCUSSIONS

Settlement discussions were not productive.  Plaintiff's counsel agreed to provide further documentation with respect to damages to defense counsel and the Magistrate Judge **on or before August 1, 2006**.  A continued settlement conference (which may be held telephonically) will be scheduled thereafter.

ORDERS

1. By agreement of counsel, **on or before August 1, 2006**, plaintiff's counsel will provide further documentation with respect to damages to defense counsel and the Magistrate Judge.

2. A continued settlement conference (which may be held telephonically) will be scheduled thereafter.

3. The Magistrate Judge is available for such other conferences (which may be held

telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 25th day of May, 2006.


_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge