UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

REGINA LINK LANE                  :

    v.                             :   NO. 3:02CV579(EBB)

COMPASS GROUP USA, INC.           :

O R D E R

This case shall be tried to the court beginning June 13, 2007, at 10:00 A.M. Expected length of trial is 2 days.

The parties shall exchange witness and exhibit lists on June 1, 2007.

Any motions in limine shall be filed on or before June 6, 2007.

Pretrial memoranda shall be filed on or before June 8, 2007.

The parties may file electronically any documents pursuant to this order.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 13th day of March, 2007.