UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.:  3:02cv579 (EBB)

## ELECTRONIC FILING ORDER IN CIVIL CASES

The Court orders that the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of all e-filed documents.

SO ORDERED.

/s/ Ellen Bree Burns
Ellen Bree Burns
Senior United States District Judge

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE TO COUNSEL**

This case is designated as an electronically filed case. This means that all pleadings except sealed documents will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at www.ctd.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

If electronic filing would impose an undue burden on counsel or the parties, a motion may be made to vacate the Electronic Filing Order, for good cause shown. Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

Attorneys are advised to participate in the training program offered by the Clerk's Office or to use the CM/ECF Tutorial on our website www.ctd.uscourts.gov/cmecf to become familiar with the system. Counsel, if not already registered, are required to submit a registration request and obtain an electronic filing login and password from the Clerk's Office. The registration forms and electronic filing policies are available on the court's website at www.ctd.uscourts.gov/cmecf.

**SO ORDERED.**

    /s/ Ellen Bree Burns
Ellen Bree Burns
Senior United States District Judge