UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE,<br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br>    Defendant. | CIVIL ACTION NO.:<br>3:02CV00579 (EBB)<br><br><br>MAY 23, 2007 |

## APPEARANCE

Please enter the appearance of Lori B. Alexander on behalf of the defendant, Compass Group USA, Inc., in the above-captioned matter.

    /s/ Lori B. Alexander
Lori B. Alexander – CT08970
Littler Mendelson, P.C.
110 Washington Avenue, 3rd Floor
North Haven, Connecticut 06473
Telephone: (203) 234-6344
Facsimile: (203) 234-6345
E-mail: lalexander@littler.com

-2-

## **CERTIFICATION**

I hereby certify that on May 23, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ Lori B. Alexander
Lori B. Alexander – CT08970
Littler Mendelson, P.C.
110 Washington Avenue, 3rd Floor
North Haven, Connecticut 06473
Telephone: (203) 234-6344
Facsimile: (203) 234-6345
E-mail: lalexander@littler.com