UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINA LINK LANE,<br>*Plaintiff,* | :<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:02cv00579(EBB) |
| v. | :<br>:<br>:<br>: | |
| COMPASS GROUP USA, INC.,<br>*Defendant.* | :<br>: | MAY 16, 2007 |

**MOTION ON CONSENT FOR EXTENSION
OF TRIAL BRIEF DEADLINE**

The defendant, Compass Group USA, Inc., with agreement of plaintiff's counsel, hereby seeks to move the deadlines for the Trial Brief in this case in accordance with a recent change in the trial dates from June 13-14, 2007 to July 18-19, 2007.

When the trial was scheduled for June 13-14, 2007, the Court set the Trial Brief deadlines as follows: June 1, 2007 to exchange witness and exhibit lists; June 6, 2007 to file any motions in limine; and June 8, 2007 to file the Pretrial Memoranda.

In light of the postponement of the trial dates, the defendant respectfully seeks an order of the Court that the above deadlines be re-set as follows: July 6, 2007 to exchange witness and exhibit lists; July 11, 2007 to file any motions in limine; and July 13, 2007 to file the Pretrial Memoranda.

The undersigned has contacted counsel for the plaintiff, and he agrees to the schedule changes proposed in this motion.

Dated at North Haven, Connecticut this 23rd day of May, 2007.

THE DEFENDANT

By *[signature]*
Lori B. Alexander
Federal Bar No. ct08970
LITTLER MENDELSON, P.C.
110 Washington Avenue
North Haven, CT 06473
Telephone: (203) 234-6344
Facsimile: (203) 234-6345
E-Mail: lalexander@littler.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, a copy of the foregoing Motion on Consent for Extension of Trial Brief Deadline was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Lori B. Alexander*
Lori B. Alexander – CT08970
LITTLER MENDELSON, P.C.
110 Washington Avenue, 3rd Floor
North Haven, Connecticut 06473
Telephone (203) 234-6344
Facsimile: (203) 234-6345
E-mail: lalexander@littler.com