UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINA LINK LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:02cv579 (EBB) |
| ) | |
| ) | July 13, 2007 |
| COMPASS GROUP USA, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT COMPASS GROUP USA, INC.'S
MOTION FOR OPENING STATEMENTS AND POST-TRIAL BRIEFS**

The above-captioned case is set for a bench trial before The Honorable Ellen Bree Burns beginning on July 18, 2007. The defendant, Compass Group USA, Inc. ("Compass"), hereby moves that the Court permit the parties to make opening statements prior to the beginning of evidence. Plaintiff's counsel consents to and joins in this request for opening statements.

Defendant also requests that the Court permit the parties to file post-trial briefs following the trial of this matter. The reason for this request is that there are discrete but important legal principles for which Compass wishes to provide statutory and common law authority to the Court as it relates to the evidence presented at trial. Plaintiff's counsel's position on this motion is as follows: while plaintiff's counsel is willing to agree to file post-trial briefs if the Court wants them, his position is that he would prefer not to do such briefs unless necessary.

*ORAL ARGUMENT IS NOT REQUESTED*

-2-

For the above reasons, Compass respectfully requests permission for both parties to make opening statements at the trial of this matter and to have the option of filing post-trial brief after the conclusion of the trial.

THE DEFENDANT,

COMPASS GROUP USA, INC.

By: _____
Lori B. Alexander
Federal Bar No. ct08970
LITTLER MENDELSON, P.C.
110 Washington Avenue
North Haven, CT  06473
Telephone: (203) 234-6344
Facsimile: (203) 234-6345
E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, a copy of the foregoing Motion in Limine was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*Lori B. Alexander*
Lori B. Alexander – CT08970
LITTLER MENDELSON, P.C.
110 Washington Avenue, 3rd Floor
North Haven, Connecticut 06473
Telephone (203) 234-6344
Facsimile: (203) 234-6345
E-mail: lalexander@littler.com