UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

REGINA LINK LANE              :

v.                            :    NO. 3:02CV579 (EBB)

COMPASS GROUP USA, INC.       :

**PLAINTIFF'S EXHIBIT LIST**

Full 7/18/07  1. Cobra Election and Notification to Continue Coverage dated 8/5/00.

ID 7/18/07    2. Letter from Iris Graham @ Cigna Health Insurance dated 11/14/00.

Withdrawn     3. Letter to Debbie Rubenstein dated 10/19/00.

ID 7/18/07    4. Copies of Accent Notices dated 12/20/00.

Withdrawn     5. Cigna Healthcare statement dated June 16, 2000.

Full 7/18/07  6. Cigna Healthcare statement dated June 23, 2000.

              7. Cigna Heathcare Statement dated June 28, 2000.

              8. Cigna Healthcare Statement dated June 30, 2000.

              9. Cigna Healthcare Statement dated July 10, 2000.

              10. Cigna Healthcare Statement dated July 19, 2000.

              11. Cigna Heathcare Statement dated July 26, 2000.

              12. Cigna Healthcare Statement dated August 4, 2000.

              13. Cigna Healthcare Statement dated August 7, 2000.

              14. Cigna Healthcare Statement dated August 15, 2000.

Full 7/18/07  15. Cigna Healthcare Statement dated August 16, 2000.

ID 7/18/07    16. Privilege log for Compass Group USA, Inc. dated 4/24/03.

Not offered 17. Connecticut Medicaid Recipient Statement of Medical Assistance dated 5/23/02.

Not offered 18. Connecticut Department of Social Services Statement of Financial Assistance dated 5/17/02.

Full 7/18/07 19. Compass Group Benefit Handbook.

Full 7/18/07 20. Advanced Endodontics bill dated 11/4/02.

21. Bridgeport Anesthesia Associates bills for services rendered on 2/13/03, 11/18/03, 12/18/03 and 4/15/04.

22. Bridgeport Hospital statement dated 12/13/06.

23. Jeffrey Arons, M.D. medical report dated 5/3/01.

24. Michael Brennan, M.D. statement dated 7/28/06 and medical reports.

25. CT Vascular And Thoracic Surgical Association bill and report.

26. Stewart C. Gross, M.D. bill and reports.

27. Hartford Ortho Plastic & Hand Surgeons, Inc. statement dated 6/1/06.

28. Danbury Orthopedic Associates bill and reports.

29. Orthopedic Services of Bridgeport bill and reports.

Full 7/18/07 30. Medical Anesthesiology Associates, P.C. bill and reports.

Not offered 31. Waterbury Orthopaedic Associates report dated May 18, 2000.

Full 7/18/07 32. Michael Opalak M.D. report dated June 13, 2000.

Not offered 33. Physical Medicine of Southbury medical reports.

Full 7/18/07 34. Primary Care of Southbury bill and reports.

35. Rehabilitation Associates bill and reports.

36. Patricia Richard MD, DMD billing statements.

37. Bridgeport Radiology 6/6/00.

Full 7/18/07 38. Brooks Pharmacy 3/21/01.

39. William Gasco, MD 10/23/00.

40. Lawrence Kirschenbaum, MD Bill & Medical Reports 6/7/00.

41. St. Vincent's Hospital 10/2/00 & 10/23/00.

42. Waterbury Hospital 5/16/00 Bill.

43. Shop Right Pharmacy 5/18/00 Bill.

Full ID 7/18/07  44. DAS Liens.  Full 7/18/07
ID 7/18/07  44A Supplemental 44
Full 7/18/07  45. Transcript of Deborah Rubinstein 6/15/00.

Full 7/18/07  46. State of CT Dept of Labor Hearing Papers.

Full 7/18/07  47. Decision of SS Administration (Appeal).

Full 7/18/07  48. Agreement re: Workers' Compensation Dated 8/7/03.  Sealed exhibit

Full 7/18/07  49. Nicolas Breyan, MD 5/17/00.

Not offered  50. LifePlan.

ID 7/18/07  51. Policy & Procedure Statement from Compass Group.

Full 7/18/07  52. Letter from Plaintiff to Debbie Rubenstein dated 10/19/00.

Full  Not offered  53. Statement of Attorney's fees.

Full 7/18/07  54. Sept 9th letter

Full 7/19/07  55. Letter from Reginahane dated 11/28/00

THE PLAINTIFF

_____
MARK S. CARRON
Carron & Fink, LLC
1698-A Post Road East
Westport, CT 06880-9991
Juris No. 105080
Phone (203) 259-7234