Regina Link Lane
v.
Compass Group USA, Inc.

## EXHIBIT A

## DEFENDANT'S LIST OF EXHIBITS

Full 7/19/07 A.    Separation form dated August 3, 2000

Full 7/19/07 B.    COBRA continuation documents sent to Regina Lane on August 10, 1000 with cover letter forwarded by Ms. Lane to Attorney Anthony Slez

C.    Attendance form for Regina Lane

D.    Handwritten notes dated between March 23, 2000 and June 7, 2000

E.    Memorandum from Regina Lane to Debbie Rubenstein dated October 19, 2000

Full 7/19/07 F.    Doctor's note excusing Lane from work through May 31, 2000

Full 7/18/07 G.    Danbury Orthopedic Associates treatment note and letter to Scott McLaughlin dated March 28, 2000

ID 7/18/07 H.    Portions of deposition transcript of Regina Link Lane (during plaintiff's testimony at trial)

Full 7/19/07 I.    Deposition testimony of David Rudd

J.    Deposition testimony of Dick Kittle

K.    Testimony of Debbie Rubenstein at Regina Lane custody hearing

L.    Plaintiff's Affidavit dated July 29, 2003

M.    Plaintiff's Local Rule 56(a)(2) Statement

Full 7/19/07 N.    Letter dated June 18, 2002 from Department of Administrative Services to Attorney Carron

Full 7/18/07 O.    Plaintiff's February 13, 2003 Responses to Defendant's Interrogatories

Full 7/19/07 P.    Letter to Lane dated 3/19/01

** Defendant reserves the right to use any exhibits on the Plaintiff's Exhibit List at trial and may supplement this list based on information exchanged between the parties prior to filing the Pre-Trial Memorandum. It also reserve the right to introduce additional documents at trial as rebuttal exhibits.

-14-