AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

Regina Link Lane

v.

Compass Group

EXHIBIT AND WITNESS LIST

Case Number: 3:02cv579 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Mark Carron | Lori Alexander |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/18/07 - 7/19/07 | Falzarano Court Rptrs | Melissa Ruccco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/18/07 | | | Regina Lane - Terryville, CT |
| ✓ | | 7/19/07 | | | Regina Lane resumes |
| ✓ | | 7/19/07 | | | Deborah Rubenstein - Middlebury, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages