UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REGINA LINK LANE

V.                                                      CIVIL NO. 3:02CV579(EBB)

COMPASS GROUP USA, INC.

**J U D G M E N T**

This matter came on for trial as to Count 4 of plaintiff's complaint before the Honorable Ellen Bree Burns, Senior United States District Judge. At the close of plaintiff's case, defendant orally moved under Rule 52(c) for a judgment on partial findings in its favor. On October 23, 2007, a Memorandum and Decision entered granting the relief. On October 21, 2005, a Ruling entered granting defendant's motion for summary judgment as to Count 1 of the complaint. Counts 2 and 3 of the complaint were previously withdrawn by the plaintiff.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut this 30th day of October, 2007.

ROBERTA D. TABORA, Clerk
By
    /s/
Melissa Ruocco
Deputy Clerk

EOD: _____